IN THE SUPREME COURT OF TEXAS

 ((((((((((((((((
 No. 08-0915
 ((((((((((((((((

 In Re Pawel Baran, Nina Baran, Elizabeth Good, John Barker, Carol Ann
 Barker, Michael Rowell, Jeannette Rowell, Roger Jackson, Linda Jackson And
 Raymond Fisher, II, Relators

 ((((((((((((((((((((((((((((((((((((((((((((((((((((
 On Petition for Writ of Mandamus
 ((((((((((((((((((((((((((((((((((((((((((((((((((((

 ORDER

 1. Pursuant to the suggestion of bankruptcy of Houston Refining LP
f/k/a Lyondell-Citgo Refining LP and Houston Refining LP f/k/a Lyondell-
Citgo Refining Company, Ltd., filed with this Court on January 20, 2009,
this case is ABATED effective as of January 7, 2009.
 2. This case is abated pursuant to Tex. R. App. P. 8.2 until
further order of this Court and is removed from the Court's active docket,
subject to reinstatement upon proper motion. Tex. R. App. P. 8.3. All
motions and other documents pending or filed are abated subject to being
reurged in the event the case is reinstated. Tex. R. App. P. 8.2 and 8.3.
It is the parties' responsibility to immediately notify this Court once the
automatic bankruptcy stay is lifted.

 Done at the City of Austin, this 30th day of January, 2009.

 [pic]
 Blake A. Hawthorne, Clerk
 Supreme Court of Texas

 By Claudia Jenks, Chief Deputy Clerk